(119 So. 71)

No. 29598.

STATE of Louisiana v. Bowman NEELAND.

Nov. 26, 1928.

Percy Saint, Atty. Gen., A. L. Ponder, Jr., Dist. Atty., of Amite, and E. R. Schowalter, Asst. Atty. Gen., for the State.

W. A. Houghton, of Independence, for appellee.

O'NIELL, C. J. The defendant has appealed from a conviction and sentence for having intoxicating liquor in his possession for beverage purposes. There is no bill of exception in the record, nor assignment of error, nor error apparent on the face of the record. It is quite likely that the appeal was taken merely to postpone payment of the penalty.

The verdict and sentence are affirmed.